**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrisalaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff ADRIAN BURRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; RYAN MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, <br><br> Defendants. | CASE NO.: 2:19-cv-01898-WBS-KJN <br><br> **NOTICE OF APPEARANCE** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that Adanté D. Pointer of the Law Offices of John L. Burris, 7677 Oakport Street, Suite 1120, Oakland, CA 94621 hereby enters his appearance in the above-captioned matter as counsel to be noticed on behalf of Plaintiff ADRIAN BURRELL and requests

NOTICE OF APPEARANCE - 1

copies of all briefs, motions, order, correspondence and other papers be served on the undersigned. Counsel's email address for purposes of receipt of Notices of Electronic Filing is the following: adante.pointer@johnburrislaw.com.

Dated:  September 19, 2019            **LAW OFFICES OF JOHN L. BURRIS**

                                                 /s/ *Adanté D. Pointer*
                                                Adanté D. Pointer
                                                Attorneys for Plaintiff