DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD, & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:    (415) 697-2000
Facsimile:    (415) 813-2045


Attorneys for Defendants, CITY OF VALLEJO,
ANDREW BIDOU, and DAVID MCLAUGHLIN


**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**


| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, | Case No:   2:19-cv-01898-WBS-KJN |
|---|---|
| Plaintiffs, | **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [LOCAL RULE 144(a)]** |
| vs. | |
| CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO, and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO,  jointly and severally, | |
| Defendants. | |

   **IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended 28 days pursuant to Local Rule 144(a).

---

1

2   DATED:  October 29, 2019          __/s/ Melissa Nold_____

3                                     MELISSA NOLD
                                      Attorney for Plaintiff ADRIAN BURRELL
4

5   DATED:  October 29, 2019          __/s/ Jason Ross_____

6                                     JASON ROSS
                                      Attorney for Plaintiff MICHAEL
7                                     WALTON

8

9   DATED:  October 29, 2019          __/s/ Kevin Allen_____
                                      KEVIN P. ALLEN
10                                    Attorney for Defendants CITY OF
                                      VALLEJO, ANDREW BIDOU, and
11                                    DAVID MCLAUGHLIN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

I am a resident of the State of California, over 18 years of age and not a party to the within action.  I am employed in the County of San Francisco; my business address is: 180 Montgomery Street, Suite 1200, San Francisco, CA 94104.  On October 29, 2019, I served the within: **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING [LOCAL RULE 144(a)]** on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

SEE ATTACHED SERVICE LIST

☑ **By United States Mail:**  I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices.  I am readily familiar with this business's practice for collecting and processing documents for mailing.  On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred.  The envelope or package was placed in the mail at San Francisco, California.

☐ **By Overnight Delivery:**  I enclosed the document(s) in an envelope or package provided by an overnight delivery carrier and addressed to the persons listed above.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Messenger Service:**  I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

☐ **By E-Mail or Electronic Transmission:**  Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above.  I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ **_(FEDERAL)_**  I declare under the laws of the United States of America that I am employed in the office of a member of the Bar of this court at whose direction the service was made and that the foregoing is true and correct.

Executed on October 29, 2019, at San Francisco, California.

_____

Grant Wekesser

**SERVICE LIST**

John L. Burris                              Attorneys for
Adante D. Pointer                           Telephone:  (510) 839-5200
Melissa C. Nold                             Facsimile:  (510) 839-3883
Law Offices of John L. Burris               E-Mail:  John.Burris@johnburrislaw.com
Airport Corporate Center                    E-Mail:  adante.pointer@johnburrislaw.com
7677 Oakport Street, Suite 1120             E-Mail:  Melissa.nold@johnburrislaw.com
Oakland, CA 94621

Jason Ross                                  Attorneys for Michael Walton
Knox & Ross Law Group                       Telephone:  (510) 240-5278
3661 Grand Avenue, Suite 205                E-Mail:  jjmross@knoxrosslaw.com
Oakland, CA 94610