DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD, & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants, CITY OF VALLEJO,
ANDREW BIDOU, and DAVID MCLAUGHLIN

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO, and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO,  jointly and severally, <br><br> Defendants. | Case No:   2:19-cv-01898-WBS-KJN <br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; [PROPOSED] ORDER [LOCAL RULE 144(a)]** |

**WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around

---

Case No. 2:19-cv-01898-WBS-KJN               STIPULATION FOR
                                             EXTENSION AND
                                             [PROPOSED] ORDER
-1-
351568.1

the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-CKD; *Burrell, et al. v. City of Vallejo, et al.,* Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.,* Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.,* Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of January 14, 2019 (the Court's next available date);

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED:  November 18, 2019        __/s/ Melissa Nold_____
                                                          MELISSA NOLD
                                                          Attorney for Plaintiff ADRIAN BURRELL

DATED:  November 18, 2019         __/s/ Jason Ross_____
                                  JASON ROSS
                                  Attorney for Plaintiff MICHAEL
                                  WALTON

DATED:  November 18, 2019         __/s/ Kevin Allen_____
                                  KEVIN P. ALLEN
                                  Attorney for Defendants CITY OF
                                  VALLEJO, ANDREW BIDOU, and
                                  DAVID MCLAUGHLIN

**SO ORDERED**

DATED: _____            _____
                                 **Judge of the U.S. District Court**

---

**Case No. 2:19-cv-01898-WBS-KJN**                    **STIPULATION FOR EXTENSION AND [PROPOSED] ORDER**

-3-

351568.1