1  DALE L. ALLEN, JR., State Bar No. 145279
   dallen@aghwlaw.com
2  KEVIN P. ALLEN, State Bar No. 252290
3  kallen@aghwlaw.com
   ALLEN, GLAESSNER, HAZELWOOD, & WERTH, LLP
4  180 Montgomery Street, Suite 1200
5  San Francisco, CA 94104
   Telephone:    (415) 697-2000
6  Facsimile:    (415) 813-2045

8  Attorneys for Defendants, CITY OF VALLEJO,
9  ANDREW BIDOU, and DAVID MCLAUGHLIN

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>CITY OF VALLEJO, a municipal corporation, ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO, and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>　　　　　Defendants. | Case No: 2:19-cv-01898-WBS-KJN<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING; ORDER [LOCAL RULE 144(a)]** |

**WHEREAS** Plaintiffs' counsel filed four suits against the City of Vallejo around the same time: *McCoy, et al. v. City of Vallejo, et al.*, Case No 2:19-cv-01191-JAM-CKD; *Burrell, et al. v. City of Vallejo, et al.*, Case No. 2:19-cv-01898-WBS-KJN; *Jenkins, v. City of Vallejo, et al.*, Case No. 219-cv-01896-TLN-DB; and *Thurston v. City of Vallejo, et al.*, Case No. 2:19-cv-01902-KJM-CKD.

**WHEREAS** the Complaints filed in each of these cases contained identical allegations pertaining to prior lawsuits brought against the City of Vallejo in support of a *Monell* claim and assert causes of action against individuals in both official and individual capacities, which Defendants contend is not appropriate and subjects the Complaint to a motion under Rule 12 of the Federal Rules of Civil Procedure;

**WHEREAS** counsel has engaged in extensive meet and confer discussions in the case of *McCoy et al. v. City of Vallejo, et al.*, Case No. Case No 2:19-cv-01191-JAM-CKD to attempt to resolve these issues, and will be filing a motion to dismiss with a hearing date of January 14, 2020 (the Court's next available date);

**WHEREAS** the parties believe that the Court's decision on the motion in *McCoy, et al. v. City of Vallejo et al.* may assist them in their meet and confer efforts regarding resolution of the pleadings in the *Burrell, Jenkins,* and *Thurston* matters;

**WHEREAS** the parties previously stipulated to a 28-day extension of Defendants' responsive pleading deadline and require leave of Court for an additional extension pursuant to Local Rule 144(a);

///
///
///
///
///
///
///

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that Defendants' deadline to file a responsive pleading be extended until 30 days following the Court's order on Defendants' motion to dismiss in the matter of *McCoy et al. v. City of Vallejo, et al.*

DATED: November 18, 2019  \_\_/s/ Melissa Nold_____
MELISSA NOLD
Attorney for Plaintiff ADRIAN BURRELL

DATED: November 18, 2019  \_\_/s/ Jason Ross_____
JASON ROSS
Attorney for Plaintiff MICHAEL WALTON

DATED: November 18, 2019  \_\_/s/ Kevin Allen_____
KEVIN P. ALLEN
Attorney for Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

**IT IS SO ORDERED.**

DATED: November 19, 2019

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE