**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrisalaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff ADRIAN BURRELL

**JASON ROSS, Esq. SBN 282921**
KNOX & ROSS LAW GROUP
3661 Grand Avenue, Suite 205
Oakland, California 94610
Telephone: (510) 240-5278
jjmross@knoxrosslaw.com

Attorney for Plaintiff MICHAEL WALTON

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>                            Plaintiffs,<br><br>    vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>                            Defendants. | CASE NO.: 2:19-cv-01898-WBS-KJN<br><br><br>STIPULATION AND PROPOSED ORDER TO RESET CASE STATUS CONFERENCE |

1

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

A Status Conference in this matter is currently set for February 4, 2020. The parties respectfully request to reset the hearing date to March 16, 2020.

The good cause being, defendants have not yet filed their responsive pleading and are unable to speak to issue which might be raised in Plaintiffs' Amended Complaint.

The parties respectfully request permission to reset the Status Conference to March 16, 2020.

                   Respectfully submitted,

Dated:  January 29, 2020   LAW OFFICES OF JOHN L. BURRIS

              By:  */s/ Melissa Nold*
                 MELISSA NOLD
                 ADANTE D. POINTER
                 JOHN L. BURRIS
                 Attorneys for Plaintiff
                 ADRIAN BURRELL

DATED: January 29, 2020

              By:  */s/Jason Knox*
                 Jason Know
                 Attorney for Plaintiff
                 MICHAEL WALTON

DATED: January 29, 2020

              By: */s/ Kevin Allen*
                 Kevin Allen
                 Attorneys for Defendants
                 CITY OF VALLEJO

**[PROPOSED] ORDER**

Good cause appearing and pursuant to the stipulation of the parties, the Status Conference will be reset to March 16, 2020

IT IS SO ORDERED.


DATED: _____

HONORABLE WILLIAM B. SHUBB

UNITED STATES DISTRICT JUDGE