**JOHN L. BURRIS, Esq. SBN 69888**
**ADANTE D. POINTER, Esq. 236229**
**MELISSA C. NOLD, Esq. SBN 301378**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com
adante.pointer@johnburrisalaw.com
melissa.nold@johnburrislaw.com

Attorneys for Plaintiff ADRIAN BURRELL

**JASON ROSS, Esq. SBN 282921**
KNOX & ROSS LAW GROUP
3661 Grand Avenue, Suite 205
Oakland, California 94610
Telephone: (510) 240-5278
jjmross@knoxrosslaw.com

Attorney for Plaintiff MICHAEL WALTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br>  Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, <br><br>  Defendants. | CASE NO.: 2:19-cv-01898-WBS-KJN <br><br><br> STIPULATION AND ~~PROPOSED~~ ORDER TO RESET CASE STATUS CONFERENCE |

1

**TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

A Status Conference in this matter is currently set for February 4, 2020. The parties respectfully request to reset the hearing date to March 16, 2020.

The good cause being, defendants have not yet filed their responsive pleading and are unable to speak to issue which might be raised in Plaintiffs' Amended Complaint.

The parties respectfully request permission to reset the Status Conference to March 16, 2020.

                                          Respectfully submitted,

Dated: January 29, 2020      LAW OFFICES OF JOHN L. BURRIS

                                  By:   */s/ Melissa Nold*
                                      MELISSA NOLD
                                      ADANTE D. POINTER
                                      JOHN L. BURRIS
                                      Attorneys for Plaintiff
                                      ADRIAN BURRELL

DATED: January 29, 2020

                                  By:  */s/Jason Knox*
                                      Jason Know
                                      Attorney for Plaintiff
                                      MICHAEL WALTON

DATED: January 29, 2020

                                  By: */s/ Kevin Allen*
                                      Kevin Allen
                                      Attorneys for Defendants
                                      CITY OF VALLEJO

**ORDER**

Good cause appearing and pursuant to the stipulation of the parties, the Status Conference will be reset to **March 16, 2020 at 1:30 p.m.** in Courtroom 5. A joint status report shall be filed no later than **March 2, 2020**.

IT IS SO ORDERED.

Dated: January 30, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE