**RANDY J. RISNER**
Interim City Attorney, SBN 172552
**BY:    KATELYN M. KNIGHT**
Deputy City Attorney, SBN 264573
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, 3rd Floor
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:     (707) 648-4687
Email: katelyn.knight@cityofvallejo.net

**DALE L. ALLEN, JR., State Bar No. 145279**
dallen@aghwlaw.com
**KEVIN P. ALLEN, State Bar No. 252290**
kallen@aghwlaw.com
**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415)697-2000
Facsimile: (415)813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, DAVID MCLAUGHLIN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br>             Plaintiff, <br><br>      vs. <br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally, <br><br>             Defendants. | Case No.  2:19-cv-01898-WBS-KJN <br><br> **DESIGNATION OF COUNSEL** |

Case No. 2:19-cv-01898-WBS-KJN                                                    DESIGNATION OF COUNSEL
-1-

1
2    TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:
3    Defendants CITY OF VALLEJO and ANDREW BIDOU and DAVID MCLAUGHLIN
4    hereby designate the following attorney as counsel for service in this action:
5
>    Randy J. Risner, SBN 172552
>    Interim City Attorney
>    City of Vallejo, City Attorney's Office
>    555 Santa Clara Street
>    Vallejo, CA 94590
>    Tel: (707) 648-4545
>    Fax: (707) 648-4687
>    E-mail:  randy.risner@cityofvallejo.net

The following attorney is no longer counsel of record in this action:

>    CLAUDIA M. QUINTANA, SBN 178613

DATED:  February 4, 2020                         Respectfully submitted,


                                                  */s/ Dale L. Allen, Jr.*
                                                 Dale L. Allen, Jr.
                                                 Attorney for Defendants
                                                 CITY OF VALLEJO, ANDREW BIDOU,
                                                 DAVID MCLAUGHLIN

---

**Case No. 2:19-cv-01898-WBS-KJN**                         **DESIGNATION OF COUNSEL**

-2-