DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:     (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, joint and severally,<br><br>Defendants. | Case No. 2:19-cv-01898-WBS-KJN<br><br>**[PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS THE COMPLAINT (F.R.C.P. 12(B)(6)) OR, IN THE ALTERNATIVE, STRIKE THE COMPLAINT (F.R.C.P. 12(F))**<br><br>Hon. William B. Shubb<br><br>Date:    April 6, 2020<br>Time:   1:30 p.m.<br>Ctrm:    5, 14th Floor |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The motion by City of Vallejo, Andrew Bidou, and David McLaughlin ("Defendants") to dismiss the Complaint filed by plaintiffs Adrian Burrell and Michael Walton ("Plaintiffs") came on regularly for hearing on that on April 6, 2020, at 1:30 p.m., in Courtroom 5 of the above-entitled Court, located on the 14th Floor at 501 "I" Street in Sacramento, California, 95814. Allen, Glaessner, Hazelwood & Werth appeared on behalf of Defendants and the Law Offices of John L. Burris appeared on behalf of Plaintiffs.

Having considered the papers in regard to this motion, and after oral argument, the Court hereby rules as follows:

1.   Defendants' Rule 12(b)(6) or, in the alternative, Rule 12(f), motion is GRANTED.

In light of the above rulings, the following Paragraphs are dismissed and/or stricken from the Complaint WITH PREJUDICE: Paragraphs 29(a)-(j), (m), (o), (q)-(u). The Court further DISMISSES WITH PREJUDICE defendant Andrew Bidou.

**IT IS SO ORDERED.**

Dated: _____

HON. WILLIAM B. SHUBB
SENIOR U.S. DISTRICT JUDGE