UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

ADRIAN BURRELL, an
individual; and MICHAEL
WALTON, an individual,

        Plaintiff,

    v.

CITY OF VALLEJO, a municipal
corporation; ANDREW BIDOU, in
his individual capacity as
Chief of Police; DAVID
McLAUGHLIN, individually and
in his official capacity as
Police Officer for the CITY
OF VALLEJO; and DOES 1-50,
individually and in their
official capacities as Police
Officers for the CITY OF
VALLEJO, joint and severally,

        Defendants.

NO.  2:19-cv-01898 WBS KJN

----oo0oo----

STATUS (PRETRIAL SCHEDULING) ORDER

        After reviewing the parties' Joint Status Report, the
court hereby vacates the Status (Pretrial Scheduling) Conference

1

1   scheduled for May 26, 2020, and makes the following findings and

2   orders without needing to consult with the parties any further.

3   I.   SERVICE OF PROCESS

4        All defendants have been served, and no further service

5   is permitted without leave of court, good cause having been shown

6   under Federal Rule of Civil Procedure 16(b).

7   II.  JOINDER OF PARTIES/AMENDMENTS

8        No further joinder of parties or amendments to

9   pleadings will be permitted except with leave of court, good

10  cause having been shown under Federal Rule of Civil Procedure

11  16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

12  (9th Cir. 1992).

13  III. JURISDICTION/VENUE

14       Jurisdiction is predicated upon federal question

15  jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise

16  under 42 U.S.C. § 1983.  Venue is undisputed and hereby found to

17  be proper.

18  IV.  DISCOVERY

19       The parties agree to serve the initial disclosures

20  required by Federal Rule of Civil Procedure 26(a)(1) on or before

21  July 1, 2020.

22       The parties shall disclose experts and produce reports

23  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

24  later than March 12, 2021.  With regard to expert testimony

25  intended solely for rebuttal, those experts shall be disclosed

26  and reports produced in accordance with Federal Rule of Civil

27  Procedure 26(a)(2) on or before April 12, 2021.

28       All discovery, including depositions for preservation

1  of testimony, is left open, save and except that it shall be so

2  conducted as to be completed by May 17, 2021.  The word

3  "completed" means that all discovery shall have been conducted so

4  that all depositions have been taken and any disputes relevant to

5  discovery shall have been resolved by appropriate order if

6  necessary and, where discovery has been ordered, the order has

7  been obeyed.  All motions to compel discovery must be noticed on

8  the magistrate judge's calendar in accordance with the local

9  rules of this court and so that such motions may be heard (and

10  any resulting orders obeyed) not later than May 17, 2021.

11  V.   MOTION HEARING SCHEDULE

12       All motions, except motions for continuances, temporary

13  restraining orders, or other emergency applications, shall be

14  filed on or before July 6, 2021.  All motions shall be noticed

15  for the next available hearing date.  Counsel are cautioned to

16  refer to the local rules regarding the requirements for noticing

17  and opposing such motions on the court's regularly scheduled law

18  and motion calendar.

19  VI.  FINAL PRETRIAL CONFERENCE

20       The Final Pretrial Conference is set for September 13,

21  2021, at 1:30 p.m. in Courtroom No. 5.  The conference shall be

22  attended by at least one of the attorneys who will conduct the

23  trial for each of the parties and by any unrepresented parties.

24       Counsel for all parties are to be fully prepared for

25  trial at the time of the Pretrial Conference, with no matters

26  remaining to be accomplished except production of witnesses for

27  oral testimony.  Counsel shall file separate pretrial statements,

28  and are referred to Local Rules 281 and 282 relating to the

1  contents of and time for filing those statements.  In addition to

2  those subjects listed in Local Rule 281(b), the parties are to

3  provide the court with: (1) a plain, concise statement which

4  identifies every non-discovery motion which has been made to the

5  court, and its resolution; (2) a list of the remaining claims as

6  against each defendant; (3) the parties' respective positions on

7  whether to bifurcate trial on punitive damages, along with points

8  and authorities in support of their positions; and (4) the

9  estimated number of trial days.

10  In providing the plain, concise statements of

11  undisputed facts and disputed factual issues contemplated by

12  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

13  that remain at issue, and any remaining affirmatively pled

14  defenses thereto.  If the case is to be tried to a jury, the

15  parties shall also prepare a succinct statement of the case,

16  which is appropriate for the court to read to the jury.

17  VII. TRIAL SETTING

18  The jury trial is set for November 9, 2021 at 9:00 a.m.

19  The parties estimate that the trial will last seven to ten days.

20  VIII.   SETTLEMENT CONFERENCE

21  A Settlement Conference will be set at the time of the

22  Pretrial Conference.  All parties should be prepared to advise

23  the court whether they will stipulate to the trial judge acting

24  as settlement judge and waive disqualification by virtue thereof.

25  Counsel are instructed to have a principal with full

26  settlement authority present at the Settlement Conference or to

27  be fully authorized to settle the matter on any terms.  At least

28  seven calendar days before the Settlement Conference counsel for

4

1  each party shall submit a confidential Settlement Conference

2  Statement for review by the settlement judge.  If the settlement

3  judge is not the trial judge, the Settlement Conference

4  Statements shall not be filed and will not otherwise be disclosed

5  to the trial judge.

6  IX.  MODIFICATIONS TO SCHEDULING ORDER

7          Any requests to modify the dates or terms of this

8  Scheduling Order, except requests to change the date of the

9  trial, may be heard and decided by the assigned Magistrate Judge.

10  All requests to change the trial date shall be heard and decided

11  only by the undersigned judge.

12          IT IS SO ORDERED.

13  Dated:  May 22, 2020

14                                    WILLIAM B. SHUBB

15                                    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28