**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual<br><br>      Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.<br><br>      Defendants. | Case No.: 2:19-cv-01898-WBS-KJN<br><br>**NOTICE OF APPEARANCE** |

POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
 1901 Harrison St., Ste. 1140,
 Oakland, CA 94612
 Tel: (510) 929 - 5400

i

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

     I, Patrick M. Buelna, from Pointer & Buelna, LLP – Lawyers for the People, hereby enter my appearance as counsel for Plaintiff(s) in this matter. I am a member of the State Bar of California and am admitted to practice in the Northern, Eastern and Central Districts of California. My address and telephone number are as follows:

>    Patrick Buelna
>    Pointer & Buelna, LLP
>    Lawyers for the People
>    1901 Harrison St., Ste. 1140,
>    Oakland, CA 94612
>    Tel: (510) 929 – 5400
>    Email: PBuelna@LawyersFTP.com

     Please serve said counsel with all pleadings and notices in this action.

Date: October 2, 2020                                   Respectfully submitted,

**POINTER & BUELNA, LLP**

**LAWYERS FOR THE PEOPLE**

/s/ Patrick Buelna
PATRICK M. BUELNA
COUNSEL FOR PLAINTIFF(S)