**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile:   (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiff ADRIAN BURRELL

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; RYAN MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>　　　　　　　　　Defendants. | CASE NO.: 2:19-cv-01898-WBS-KJN<br><br>**NOTICE OF WITHDRAWAL AS COUNSEL OF THE LAW OFFICES OF JOHN L. BURRIS; DECLARATION OF JOHN L. BURRIS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

　　**PLEASE TAKE NOTICE** that John L. Burris (SBN 069888) and the Law Offices of John L. Burris are withdrawing as counsel for Plaintiff ADRIAN BURRELL

　　Melissa C. Nold (SBN 301378) of Nold Law will continue to act as counsel of record for Plaintiff ADRIAN BURRELL in this matter.

It is respectfully requested that the clerk update the docket to reflect the above described changes.

Dated: October 9, 2020                          **LAW OFFICES OF JOHN L. BURRIS**

                                                                      */s/ John L. Burris*
                                                                      John L. Burris
                                                                      Attorneys for Plaintiffs

### DECLARATION OF JOHN L. BURRIS

1. I, John L. Burris, am an attorney of record for Plaintiff ADRIAN BURRELL in the above-captioned case. I have personal knowledge of the facts contained in this Declaration, and if called upon to testify, I could and would testify competently as to the truth of facts contained herein.

2. On January 28, 2019, I entered into a written retention agreement with ADRIAN BURRELL.

3. On September 18, 2019, I filed the Complaint for Violation of Civil Rights and Other Damages.

4. In a letter signed on August 18, 2020, ADRIAN BURRELL informed my law office that he no longer wanted me to represent him. A true and correct copy of that letter is attached hereto.

5. Attorney Melissa Nold of Nold Law is currently counsel of record for Plaintiff ADRIAN BURRELL in this matter and has represented to me that she will continue as counsel for the Plaintiff BURRELL. Attorney Nold has further represented to my office that she will accept ECF notification on behalf of Plaintiff BURRELL of my Notice of Withdrawal in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in Oakland, California on October 9, 2020.

                                                                      */s/ John L. Burris*
                                                                      John L. Burris

Attorney John Burris
7677 Oakport Street
Suite 1120
Oakland, Ca 94621

Dear Mr. Burris,

    This letter is to inform you that I no longer want you to represent me in regards to any legal matters. I also withdraw any authorization, consent, license or right I have granted you in relation to using my legal case, personal story, likeness and/or name to create and/or promote any media, literary work, motion picture, and/or documentary.

    Please send my client file, including, but not limited to, any documents filed with any public and/or private entity on my behalf, any recorded statements, and original copies of photos or correspondence to the attention of Melissa Nold, at Nold Law, 521 Georgia Street, Vallejo, California 94590.

    Should you intend to assert a lien against my case to recover your costs and/or fees please send an index listing the monetary amounts and describing the services and/or items you seek to recover.

    Thank you,

Aug 18 2020
Date

_Adrian Burrell_
Adrian Burrell