**JOHN L. BURRIS, Esq. SBN 69888**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
john.burris@johnburrislaw.com

Attorneys for Plaintiff ADRIAN BURRELL

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>      Plaintiffs,<br><br> vs.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; RYAN MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>      Defendants. | CASE NO.: 2:19-cv-01898-WBS-KJN<br><br>**NOTICE OF LIEN RE ATTORNEYS' FEES AND COSTS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

  **PLEASE TAKE NOTICE** that John L. Burris (SBN 069888), the Law Offices of John L. Burris, and/or any attorneys associated with the firm, have a claim of lien for attorneys' fees and costs against any settlement or judgment proceeds to be paid to Plaintiff ADRIAN BURRELL.

Dated: October 22, 2020        **LAW OFFICES OF JOHN L. BURRIS**

                   */s/ John L. Burris*
                  John L. Burris
                  Former Attorneys for Plaintiff

NOTICE OF LIEN - 1