UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADRIAN BURRELL, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF VALLEJO, et al., <br><br> Defendants. | No. 2:19-cv-01898-WBS-KJN <br><br> ORDER RE: MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT |

----oo0oo----

Plaintiffs filed a motion for leave to file a third amended complaint on January 25, 2021 seeking to add an alternative theory of liability under the First Amendment. (See Docket No. 34.)  Defendants have filed a statement of non-opposition. (See Docket No. 37.)

IT IS THEREFORE ORDERED that the plaintiffs' motion for leave to file a third amended complaint, (Docket No. 34), be, and the same hereby is, GRANTED.

Dated: February 23, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1