**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ADRIAN BURRELL,

    Plaintiff,

  v.

CITY OF VALLEJO, et al.

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 2:19-cv-01898-WBS-KJN

STIPULATION AND ORDER TO
EXTEND DISCOVERY DATES

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, on September 18, 2019, Plaintiff filed his Complaint. (Doc. 1).

WHEREAS, on September 19, 2019, Plaintiff filed his First Amended Complaint. (Doc. 5).

WHEREAS, on February 21, 2020, Defendants file a motion to dismiss. (Doc. 14).

WHEREAS, on March 31, 2020, the Court resolved Defendants' motion granting in part and denying in part, and permitting Plaintiff to file a Second Amended Complaint. (Doc. 12).

WHEREAS, on April 9, 2020, Plaintiff filed a Second Amended Complaint. (Doc. 21).

WHEREAS, on May 12, 2020, Defendants filed their Answer. (Doc. 22).

WHEREAS, on May 22, 2020, the Court issued the case schedule;

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, on January 25, 2021, Plaintiff filed a Motion For Leave to File a Third Amended Complaint. (Doc. 34).

WHEREAS, on February 23, 2021, Defendants filed a Non-Opposition to Plaintiff's Motion For Leave to File a Third Amended Complaint. (Doc. 34).

WHEREAS, On February 24, 2021, the Court granted Plaintiff's Motion For Leave to File a Third Amended Complaint. (Doc. 38)

WHEREAS, the parties have not previously requested any extensions for discovery.

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | May 17, 2021 |
| Expert Witness Disclosures: | March 12, 2021 |
| Rebuttal Expert Witness Disclosures: | April 12, 2021 |
| Expert Discovery Cutoff: | May 17, 2021 |
| Last Day to File Dispositive Motion | July 6, 2021 |

Pretrial Conference             September 13, 2021

Trial             November 9, 2021

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

Fact Discovery Cut-Off:          July 28, 2021

Expert Witness Disclosures:          May 28, 2021

Rebuttal Expert Witness Disclosures:      June 28, 2021

Expert Discovery Cutoff:          July 28, 2021

Last Day to File Dispositive Motion      September 28, 2021

Pretrial Conference             **<u>January 18, 2022 at 1:30 p.m.</u>**

Trial             **<u>March 15, 2022 at 9:00 a.m.</u>**

IT IS SO AGREED.

Dated:  March 3, 2021

                                          /s/Patrick Buelna
                                          PATRICK M. BUELNA
                                          Attorneys for Plaintiff

Dated:  March 3, 2021

                                          /s/John Robinson
                                          JOHN ROBINSON
                                          Attorneys for Defendants

**IT IS SO ORDERED.**

**Dated:  March 4, 2021**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE