VERONICA NEBB
Interim City Attorney, SBN 140001
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:     (415) 697-2000
Facsimile:     (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, DAVID
MCLAUGHLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO COURTHOUSE

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF VALLEJO, municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his capacity as a City of Vallejo Police Officer and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,<br><br>Defendants. | Case No. 2:19-cv-01898-WBS-KJN<br><br>**DEFENDANTS CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN'S ANSWER TO PLAINTIFFS' THIRD AMENDED COMPLAINT**<br><br>Hon. William B. Shubb |

Defendants, CITY OF VALLEJO, ANDREW BIDOU, DAVID MCLAUGHLIN

("Defendants"), severing itself from the other defendants named in the Third Amended

1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

378081.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

Complaint[1], answer the unverified Third Amended Complaint ("TAC") on file herein and admit, deny, and allege as follows:

### INTRODUCTION

1.      In answer to the allegations of Paragraph 1 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

2.      In answer to the allegations of Paragraph 2 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

3.      In answer to the allegations of Paragraph 3 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

### JURISDICTION

4.      Admitted.

### PARTIES

5.      In answer to the allegations of Paragraph 5 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

6.      In answer to the allegations of Paragraph 6 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason

---

[1] Plaintiff's Third Amended Complaint (Doc. No. 40) is titled "First Amended Complaint." Because this is the Third Amended Complaint, defendants refer to the document (Doc. No. 40) as the Third Amended Complaint or "TAC" instead of the First Amended Complaint or "FAC."

ANSWER TO TAC
2:19-CV-01898

378081.1

1   and basing their denials on that ground, deny both generally and specifically, each and every, all

2   and singular, the allegations contained therein.

3       7.      Admitted.

4       8.      Admitted.

5       9.      Admitted.

6       10.     In answer to the allegations of Paragraph 10 of the TAC, these defendants have

7   insufficient information or belief to enable them to answer said allegations, and for that reason

8   and basing their denials on that ground, deny both generally and specifically, each and every, all

9   and singular, the allegations contained therein.

10      11.     In answer to the allegations of Paragraph 11 of the TAC, these defendants have

11  insufficient information or belief to enable them to answer said allegations, and for that reason

12  and basing their denials on that ground, deny both generally and specifically, each and every, all

13  and singular, the allegations contained therein.

14      12.     In answer to the allegations of Paragraph 12 of the TAC, these defendants have

15  insufficient information or belief to enable them to answer said allegations, and for that reason

16  and basing their denials on that ground, deny both generally and specifically, each and every, all

17  and singular, the allegations contained therein.

18              **STATEMENT OF FACTS**

19      13.     In answer to the allegations of Paragraph 13 of the TAC, these defendants have

20  insufficient information or belief to enable them to answer said allegations, and for that reason

21  and basing their denials on that ground, deny both generally and specifically, each and every, all

22  and singular, the allegations contained therein.

23      14.     In answer to the allegations of Paragraph 14 of the TAC, these defendants have

24  insufficient information or belief to enable them to answer said allegations, and for that reason

25  and basing their denials on that ground, deny both generally and specifically, each and every, all

26  and singular, the allegations contained therein.

27      15.     In answer to the allegations of Paragraph 15 of the TAC, these defendants have

28  insufficient information or belief to enable them to answer said allegations, and for that reason

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1  and basing their denials on that ground, deny both generally and specifically, each and every, all

2  and singular, the allegations contained therein.

3      16.     In answer to the allegations of Paragraph 16 of the TAC, these defendants have

4  insufficient information or belief to enable them to answer said allegations, and for that reason

5  and basing their denials on that ground, deny both generally and specifically, each and every, all

6  and singular, the allegations contained therein.

7      17.     In answer to the allegations of Paragraph 17 of the TAC, these defendants have

8  insufficient information or belief to enable them to answer said allegations, and for that reason

9  and basing their denials on that ground, deny both generally and specifically, each and every, all

10  and singular, the allegations contained therein.

11      18.     In answer to the allegations of Paragraph 18 of the TAC, these defendants have

12  insufficient information or belief to enable them to answer said allegations, and for that reason

13  and basing their denials on that ground, deny both generally and specifically, each and every, all

14  and singular, the allegations contained therein.

15      19.     In answer to the allegations of Paragraph 19 of the TAC, these defendants have

16  insufficient information or belief to enable them to answer said allegations, and for that reason

17  and basing their denials on that ground, deny both generally and specifically, each and every, all

18  and singular, the allegations contained therein.

19      20.     In answer to the allegations of Paragraph 20 of the TAC, these defendants have

20  insufficient information or belief to enable them to answer said allegations, and for that reason

21  and basing their denials on that ground, deny both generally and specifically, each and every, all

22  and singular, the allegations contained therein.

23      21.     In answer to the allegations of Paragraph 21 of the TAC, these defendants have

24  insufficient information or belief to enable them to answer said allegations, and for that reason

25  and basing their denials on that ground, deny both generally and specifically, each and every, all

26  and singular, the allegations contained therein.

27      22.     In answer to the allegations of Paragraph 22 of the TAC, these defendants have

28  insufficient information or belief to enable them to answer said allegations, and for that reason

ANSWER TO TAC
2:19-CV-01898

1   and basing their denials on that ground, deny both generally and specifically, each and every, all
2   and singular, the allegations contained therein.

3         23.     In answer to the allegations of Paragraph 23 of the TAC, these defendants have
4   insufficient information or belief to enable them to answer said allegations, and for that reason
5   and basing their denials on that ground, deny both generally and specifically, each and every, all
6   and singular, the allegations contained therein.

7         24.     In answer to the allegations of Paragraph 24 of the TAC, these defendants have
8   insufficient information or belief to enable them to answer said allegations, and for that reason
9   and basing their denials on that ground, deny both generally and specifically, each and every, all
10  and singular, the allegations contained therein.

11        25.     In answer to the allegations of Paragraph 25 of the TAC, these defendants have
12  insufficient information or belief to enable them to answer said allegations, and for that reason
13  and basing their denials on that ground, deny both generally and specifically, each and every, all
14  and singular, the allegations contained therein.

15        26.     In answer to the allegations of Paragraph 26 of the TAC, these defendants have
16  insufficient information or belief to enable them to answer said allegations, and for that reason
17  and basing their denials on that ground, deny both generally and specifically, each and every, all
18  and singular, the allegations contained therein.

19        27.     In answer to the allegations of Paragraph 27 of the TAC, these defendants have
20  insufficient information or belief to enable them to answer said allegations, and for that reason
21  and basing their denials on that ground, deny both generally and specifically, each and every, all
22  and singular, the allegations contained therein.

23        28.     In answer to the allegations of Paragraph 28 of the TAC, these defendants have
24  insufficient information or belief to enable them to answer said allegations, and for that reason
25  and basing their denials on that ground, deny both generally and specifically, each and every, all
26  and singular, the allegations contained therein.

27        29.     In answer to the allegations of Paragraph 29 of the TAC, these defendants have
28  insufficient information or belief to enable them to answer said allegations, and for that reason

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1 and basing their denials on that ground, deny both generally and specifically, each and every, all

2 and singular, the allegations contained therein.

3     30. In answer to the allegations of Paragraph 30 of the TAC, these defendants have

4 insufficient information or belief to enable them to answer said allegations, and for that reason

5 and basing their denials on that ground, deny both generally and specifically, each and every, all

6 and singular, the allegations contained therein.

7     31. In answer to the allegations of Paragraph 31 of the TAC, these defendants have

8 insufficient information or belief to enable them to answer said allegations, and for that reason

9 and basing their denials on that ground, deny both generally and specifically, each and every, all

10 and singular, the allegations contained therein.

11 **DAMAGES**

12     32. In answer to the allegations of Paragraph 32 of the TAC, these defendants have

13 insufficient information or belief to enable them to answer said allegations, and for that reason

14 and basing their denials on that ground, deny both generally and specifically, each and every, all

15 and singular, the allegations contained therein.

16     33. In answer to the allegations of Paragraph 33 of the TAC, these defendants have

17 insufficient information or belief to enable them to answer said allegations, and for that reason

18 and basing their denials on that ground, deny both generally and specifically, each and every, all

19 and singular, the allegations contained therein.

20 **FIRST CAUSE OF ACTION**
**Violation of Fourth Amendment of the United States Constitution**
21 **(EXCESSIVE FORCE - 42 U.S.C. § 1983)**
**(Plaintiffs Against MCLAUGHLIN and DOES 1-25 inclusive)**
22

23     34. Defendants allege and incorporate by reference their responses to each and every

24 paragraph of this Answer.

25     35. In answer to the allegations of Paragraph 35 of the TAC, these defendants have

26 insufficient information or belief to enable them to answer said allegations, and for that reason

27 and basing their denials on that ground, deny both generally and specifically, each and every, all

28 and singular, the allegations contained therein.

ANSWER TO TAC
2:19-CV-01898

378081.1

36.     In answer to the allegations of Paragraph 36 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## SECOND CAUSE OF ACTION
### Violation of Fourth Amendment of the United States Constitution
### (UNLAWFUL SEIZURE – 42 U.S.C. § 1983)
### (Plaintiffs Against MCLAUGHLIN and DOES 1-25 inclusive)

37.     Defendants allege and incorporate by reference their responses to each and every paragraph of this Answer.

38.     In answer to the allegations of Paragraph 38 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

39.     In answer to the allegations of Paragraph 39 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

## THIRD CAUSE OF ACTION
### Violation of First Amendment of the United States Constitution
### (42 U.S.C. § 1983 – RETALIATORY ARREST)
### (Plaintiff Burrell Against MCLAUGHLIN and DOES 1-25 inclusive)

40.     Defendants allege and incorporate by reference their responses to each and every paragraph of this Answer.

41.     In answer to the allegations of Paragraph 41 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

42.     In answer to the allegations of Paragraph 42 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason

ANSWER TO TAC
2:19-CV-01898

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

378081.1

1  and basing their denials on that ground, deny both generally and specifically, each and every, all

2  and singular, the allegations contained therein.

3      43.     In answer to the allegations of Paragraph 43 of the TAC, these defendants have

4  insufficient information or belief to enable them to answer said allegations, and for that reason

5  and basing their denials on that ground, deny both generally and specifically, each and every, all

6  and singular, the allegations contained therein.

7
## FOURTH CAUSE OF ACTION
### (Monell - 42 U.S.C. § 1983)
8  **(Plaintiffs Against CITY, CHIEF, and DOES 26-50)**

9

10      44.     Defendants allege and incorporate by reference their responses to each and every

11  paragraph of this Answer.

12      45.     In answer to the allegations of Paragraph 45 of the TAC, these defendants have

13  insufficient information or belief to enable them to answer said allegations, and for that reason

14  and basing their denials on that ground, deny both generally and specifically, each and every, all

15  and singular, the allegations contained therein.

16      46.     In answer to the allegations of Paragraph 46 of the TAC, these defendants have

17  insufficient information or belief to enable them to answer said allegations, and for that reason

18  and basing 46 heir denials on that ground, deny both generally and specifically, each and every,

19  all and singular, the allegations contained therein.

20      47.     In answer to the allegations of Paragraph 47 of the TAC, these defendants have

21  insufficient information or belief to enable them to answer said allegations, and for that reason

22  and basing 46 heir denials on that ground, deny both generally and specifically, each and every,

23  all and singular, the allegations contained therein.

24      48.     In answer to the allegations of Paragraph 48 of the TAC, these defendants have

25  insufficient information or belief to enable them to answer said allegations, and for that reason

26  and basing 46 heir denials on that ground, deny both generally and specifically, each and every,

27  all and singular, the allegations contained therein.

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

**FIFTH CAUSE OF ACTION**
**(Negligence)**
**(Plaintiffs Against MCLAUGHLIN and DOES 1-25 inclusive)**

49.     Defendants allege and incorporate by reference their responses to each and every paragraph of this Answer.

50.     In answer to the allegations of Paragraph 50 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

51.     In answer to the allegations of Paragraph 51 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

52.     In answer to the allegations of Paragraph 52 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

53.     In answer to the allegations of Paragraph 53 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

54.     In answer to the allegations of Paragraph 54 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

55.     In answer to the allegations of Paragraph 55 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

**SIXTH CAUSE OF ACTION**
**(Violation of CALIFORNIA CIVIL CODE § 52.1 – BANE ACT)**
**(Plaintiffs Against Defendant McLaughlin and DOES 1-25)**

56.     Defendants allege and incorporate by reference their responses to each and every paragraph of this Answer.

57.     In answer to the allegations of Paragraph 57 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

58.     In answer to the allegations of Paragraph 58 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

59.     In answer to the allegations of Paragraph 59 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

60.     In answer to the allegations of Paragraph 60 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

61.     In answer to the allegations of Paragraph 61 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

62.     In answer to the allegations of Paragraph 62 of the TAC, these defendants have insufficient information or belief to enable them to answer said allegations, and for that reason and basing their denials on that ground, deny both generally and specifically, each and every, all and singular, the allegations contained therein.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

1    63.    In answer to the allegations of Paragraph 63 of the TAC, these defendants have

2    insufficient information or belief to enable them to answer said allegations, and for that reason

3    and basing their denials on that ground, deny both generally and specifically, each and every, all

4    and singular, the allegations contained therein.

5                           **SEVENTH CAUSE OF ACTION**
                                        **(Battery)**
6              **(Plaintiff Burrell Against McLaughlin and DOES 1-25)**

7    64.    Defendants allege and incorporate by reference their responses to each and every

8    paragraph of this Answer.

9    65.    In answer to the allegations of Paragraph 65 of the TAC, these defendants have

10   insufficient information or belief to enable them to answer said allegations, and for that reason

11   and basing their denials on that ground, deny both generally and specifically, each and every, all

12   and singular, the allegations contained therein.

13   66.    In answer to the allegations of Paragraph 66 of the TAC, these defendants have

14   insufficient information or belief to enable them to answer said allegations, and for that reason

15   and basing their denials on that ground, deny both generally and specifically, each and every, all

16   and singular, the allegations contained therein.

17   67.    In answer to the allegations of Paragraph 67 of the TAC, these defendants have

18   insufficient information or belief to enable them to answer said allegations, and for that reason

19   and basing their denials on that ground, deny both generally and specifically, each and every, all

20   and singular, the allegations contained therein.

21                          **SEVENTH CAUSE OF ACTION**
                                        **(Assault)**
22            **(Plaintiffs Against McLaughlin and DOES 1-25)**
23

24   68.    Defendants allege and incorporate by reference their responses to each and every

25   paragraph of this Answer.

26   69.    In answer to the allegations of Paragraph 69 of the TAC, these defendants have

27   insufficient information or belief to enable them to answer said allegations, and for that reason

28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

11

ANSWER TO TAC
2:19-CV-01898

378081.1

1  and basing their denials on that ground, deny both generally and specifically, each and every, all

2  and singular, the allegations contained therein.

3      70.     In answer to the allegations of Paragraph 70 of the TAC, these defendants have

4  insufficient information or belief to enable them to answer said allegations, and for that reason

5  and basing their denials on that ground, deny both generally and specifically, each and every, all

6  and singular, the allegations contained therein.

7      71.     In answer to the allegations of Paragraph 71 of the TAC, these defendants have

8  insufficient information or belief to enable them to answer said allegations, and for that reason

9  and basing their denials on that ground, deny both generally and specifically, each and every, all

10  and singular, the allegations contained therein.

11                          **JURY DEMAND**

12          **Defendants hereby demand a jury trial.**

13                      **AFFIRMATIVE DEFENSES**

14                  **FIRST AFFIRMATIVE DEFENSE**

15  AS AND FOR A FIRST, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

16          That plaintiffs assumed the risk of any injuries and/or damages resulting from the matters

17  set forth in said TAC, and that said assumption of risk by plaintiffs was a cause of the injuries

18  and/or damages alleged by plaintiffs, if any there were.

19                  **SECOND AFFIRMATIVE DEFENSE**

20  AS AND FOR A SECOND, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

21  ALLEGES:

22          Plaintiffs' causes of action are barred by statute of limitations.

23                   **THIRD AFFIRMATIVE DEFENSE**

24  AS AND FOR A THIRD, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

25          Plaintiffs failed to mitigate their damages.

26                  **FOURTH AFFIRMATIVE DEFENSE**

27  AS AND FOR A FOURTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

28  ALLEGES:

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

1    Prior to the time when defendants are alleged to have committed the acts complained of,

2    plaintiffs invited, gave permission to, and consented to the acts alleged in the TAC.  Each of the

3    acts alleged in the TAC, which acts are expressly denied, were done within the scope of this

4    consent and permission.

5                              **FIFTH AFFIRMATIVE DEFENSE**

6    AS AND FOR A FIFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

7    At all times mentioned in the TAC, defendants are not liable for any of these acts or

8    omissions alleged in the TAC because the TAC only alleges that defendants are liable based on

9    the acts or omissions of others.

10                             **SIXTH AFFIRMATIVE DEFENSE**

11   AS AND FOR A SIXTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

12   Defendants alleges that plaintiffs failed to set forth the facts sufficient to state a cause of

13   action due to a failure to comply with claims requirements of the California Government Code §§

14   900 et. seq.

15                            **SEVENTH AFFIRMATIVE DEFENSE**

16   AS AND FOR A SEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

17   ALLEGES:

18   Should plaintiffs recover non-economic damages against any defendant, the liability for

19   non-economic damages is limited to the degree of fault and several liability of said defendant

20   pursuant to Civil Code section 1431.2 and a separate, several judgment shall be rendered against

21   said defendant based upon said defendant's degree of fault and several liability.

22                             **EIGHTH AFFIRMATIVE DEFENSE**

23   AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

24   ALLEGES:

25   These answering defendants are immune from liability pursuant to the provisions of §§

26   815, 815.2, 818, 820.2, 820.4, 820.6, 820.8, 820.9, 821.6, 844.6, and 845.6 of the Government

27   Code of the State of California.

28                             **NINTH AFFIRMATIVE DEFENSE**

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

1  AS AND FOR A NINTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

2      Defendant DAVID MCLAUGHLIN is immune from 42 U.S.C. §1983 liability pursuant to

3  the doctrine of qualified immunity. See *White v. Pauly*, 137 S. Ct. 548 (2017), *Ashcroft v. al-*

4  *Kidd*, 563 U.S. 731 (2011) and *Harlow v. Fitzgerald*, 457 U.S. 800 (1982).

5  **TENTH AFFIRMATIVE DEFENSE**

6  AS AND FOR A TENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT ALLEGES:

7      That plaintiffs were themselves negligent and careless in and about the matters and

8  events set forth in the SAC, and that said negligence contributed to their alleged injuries and/or

9  damages.  A verdict of the jury in favor of plaintiffs, if any, which may be rendered in this case

10  must therefore be reduced by the percentage that their respective negligence contributed to the

11  accident and injuries complained of, if any there were.

12  **ELEVENTH AFFIRMATIVE DEFENSE**

13  AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

14  ALLEGES:

15      Plaintiffs' causes of action are barred by collateral estoppel and/or res judicata.

16  **TWELFTH AFFIRMATIVE DEFENSE**

17  AS AND FOR AN TWELFTH, SEPARATE AND DISTINCT DEFENSE, DEFENDANT

18  ALLEGES:

19      Plaintiffs' causes of action are barred by laches and/or unclean hands.

20  **THIRTEENTH AFFIRMATIVE DEFENSE**

21      AS AND FOR A THIRTEENTH, SEPARATE AND DISTINCT DEFENSE,

22  DEFENDANTS ALLEGE:

23      Defendant David McLaughlin, alleged employee mentioned in plaintiffs' TAC, was, at all

24  times, duly qualified, appointed and acting police officers of the Vallejo Police Department and

25  peace officers of the State of California and in accordance with the Constitution of the United

26  States and the State of California and the laws of the United States and the laws of the State of

27  California; and at all times mentioned herein, said officer was engaged in the performance of his

28  regularly assigned duties within the scope of their duties as peace officer of the Vallejo Police

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1

1    Department.

2    ## FOURTEENTH AFFIRMATIVE DEFENSE

3    AS AND FOR A FOURTEENTH, SEPARATE AND DISTINCT DEFENSE,

4    DEFENDANTS ALLEGE:

5    This answering defendants acted in good faith and with a reasonable belief that the actions

6    were lawful and further did not directly or indirectly perform any acts whatsoever which would

7    constitute a breach of any duty owed to plaintiff.

8    ## FIFTEENTH AFFIRMATIVE DEFENSE

9    AS AND FOR A FIFTEENTH, SEPARATE AND DISTINCT DEFENSE,

10   DEFENDANTS ALLEGE:

11   The acts of the answering defendants were lawful and proper and in all respects were

12   reasonable and legal.

13   ## SIXTEENTH AFFIRMATIVE DEFENSE

14   AS AND FOR A SIXTEENTH, SEPARATE AND DISTINCT DEFENSE,

15   DEFENDANTS ALLEGE:

16   In this connection probable cause existed to believe that plaintiffs had committed a public

17   offense and, therefore, probable cause existed to detain and/or arrest plaintiffs.

18   ## SEVENTEENTH AFFIRMATIVE DEFENSE

19   AS AND FOR A SEVENTEENTH, SEPARATE AND DISTINCT DEFENSE,

20   DEFENDANTS ALLEGE:

21   At all times relevant to this litigation, plaintiffs were subject to restraint as was reasonably

22   necessary for their detention and/or arrest.

23   ## EIGHTTEENTH AFFIRMATIVE DEFENSE

24   AS AND FOR AN EIGHTTEENTH, SEPARATE AND DISTINCT DEFENSE,

25   DEFENDANTS ALLEGE:

26   At all times relevant to this litigation, reasonable cause existed to believe that plaintiffs

27   had committed a public offense and, therefore, reasonable force was used to effect plaintiffs'

28   arrest, to prevent escape or to overcome resistance.

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

15

ANSWER TO TAC
2:19-CV-01898

378081.1

1  ///

2  **<u>NINETEENTH AFFIRMATIVE DEFENSE</u>**

3  AS AND FOR A NINETEENTH, SEPARATE AND DISTINCT DEFENSE,

4  DEFENDANTS ALLEGE:

5  The facts alleged in the TAC do not involve any custom, practice, procedure or regulation

6  of defendant City of Vallejo or the Vallejo Police Department which gives rise to a violation of a

7  constitutional right pursuant to *Monell v. New York City Department of Social Services*, 436 U.S.

8  658 (1978).

9  **<u>TWENTIETH AFFIRMATIVE DEFENSE</u>**

10  AS AND FOR A TWENTIETH, SEPARATE AND DISTINCT DEFENSE,

11  DEFENDANTS ALLEGE:

12  Plaintiffs have wholly failed to plead facts which give rise to any colorable claim for

13  punitive or exemplary damages against defendants, nor do any such facts exist.

14  **<u>TWENTY-FIRST AFFIRMATIVE DEFENSE</u>**

15  AS AND FOR A TWENTY-FIRST, SEPARATE AND DISTINCT DEFENSE,

16  DEFENDANTS ALLEGE:

17  Plaintiffs' claims for punitive or exemplary damages violate defendants' right to

18  procedural due process, substantive due process, and protection from "excessive" fines as

19  guaranteed by the Fifth, Fourteenth, and Eighth Amendments to the United States Constitution,

20  respectively, and the Constitution of the State of California.

21  WHEREFORE, defendants pray that plaintiffs take nothing by way of the TAC on file

22  herein and that defendants have judgment for its costs, attorneys' fees and for such other and

23  further relief as the court deems proper.

24  ///

25  ///

26  ///

27  ///

28

*ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP*
*180 Montgomery Street, Suite 1200*
*San Francisco, California 94104*

16

378081.1

1

2

3   Dated:  March 17, 2021

Respectfully submitted,

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

4                                              By:  _/s/ John B. Robinson_____
                                                    Dale L. Allen, Jr.
5                                                   John B. Robinson
                                                    Attorneys for Defendants
6                                                   CITY OF VALLEJO, ANDREW BIDOU,
                                                    DAVID MCLAUGHLIN

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

ANSWER TO TAC
2:19-CV-01898

378081.1