# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VALLEJO, et al. <br><br> Defendants. | Case No.: 2:19-cv-01898-WBS-KJN <br><br> **[PROPOSED] ORDER GRANTING PLAINTIFFS' LEAVE TO FILE A FOURTH AMENDED COMPLAINT AND RESET THE CASE SCHEDULE** |

THE COURT GRANTS:

1. Plaintiffs leave to file their Fourth Amended Complaint within five (5) days of this Order.

2. The Court resets the case schedule from:

| | |
|---|---|
| Initial Expert Disclosures | May 28, 2021 |
| Rebuttal Expert Disclosures | June 28, 2021 |
| Close of Discovery | July 28, 2021 |
| Dispositive Motion Filing Deadline | September 28, 2021 |
| Pretrial Conference | January 18, 2022 |
| Trial | March 15, 2022 |

To as follows:

| | |
|---|---|
| Initial Expert Disclosures | October 14, 2021 |
| Rebuttal Expert Disclosures | October 28, 2021 |
| Close of Discovery | November 30, 2021 |
| Dispositive Motion Filing Deadline | February 4, 2022 |
| Pretrial Conference | May 30, 2022 |
| Trial | June 13, 2022 |

IT IS SO ORDERED.

DATE: _____, 2021

_____
HON. WILLIAM B. SHUBB
DISTRICT JUDGE