UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ADRIAN BURRELL, et.al. | No. 2:19-cv-01898-WBS-KJN |
| Plaintiffs, | |
| v. | ORDER |
| CITY OF VALLEJO, et al., | |
| Defendants. | |

----oo0oo----

On May 17, 2021, the court held a hearing on plaintiffs' motion for leave to file a Fourth Amended Complaint (Docket No 44). As discussed in the hearing, the court will grant plaintiffs the option of filing their Fourth Amended Complaint or continuing with their Third Amended Complaint. Plaintiffs have until June 1, 2021 to decide whether to exercise that option. If plaintiffs elect to file the Fourth Amended Complaint, the court will enter an order extending the discovery cut-off date and directing that the costs and attorneys' fees related to any additional discovery precipitated by the filing of

the Fourth Amended Complaint shall be assessed against the plaintiffs.  If plaintiffs elect not to file a Fourth Amended Complaint, the discovery schedule shall remain unchanged, except as stipulated by the parties.

IT IS SO ORDERED.

Dated: May 17, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE