JASON J.M. ROSS, SBN 282921
KNOX & ROSS LAW GROUP
3661 Grand Avenue, Suite 205
Oakland, California 94610
Telephone: (510) 240-5278
Facsimile: (510) 240-1957
jjmross@knoxrosslaw.com

Attorney for Plaintiff MICHAEL WALTON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, jointly and severally,, <br><br> Defendants. | **Case No. 2:19-cv-01898-WBS-KJN** <br><br> **ORDER GRANTING STIPULATION FOR DISMISSAL OF PLAINTIFF MICHAEL WALTON ONLY** |

## ORDER

GOOD CAUSE SHOWING, the Stipulation is GRANTED.

IT IS HEREBY ORDERED that this action is hereby dismissed with prejudice as to Plaintiff Michael Walton ONLY, with each party to bear its own costs and attorney's fees.

Dated: June 7, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE