**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ADRIAN BURRELL, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VALLEJO, et al. <br><br> Defendants. | Case No.: 2:19-cv-01898-WBS-KJN <br><br> STIPULATION AND ORDER TO EXTEND DISCOVERY AND DATES |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, on September 18, 2019, Plaintiff filed his Complaint. (Doc. 1).

WHEREAS, on September 19, 2019, Plaintiff filed his First Amended Complaint. (Doc. 5).

WHEREAS, on February 21, 2020, Defendants file a motion to dismiss. (Doc. 14).

WHEREAS, on March 31, 2020, the Court resolved Defendants' motion granting in part and denying in part, and permitting Plaintiff to file a Second Amended Complaint. (Doc. 12).

WHEREAS, on April 9, 2020, Plaintiff filed a Second Amended Complaint. (Doc. 21).

WHEREAS, on May 12, 2020, Defendants filed their Answer. (Doc. 22).

WHEREAS, on March 3, 2021, Plaintiff filed a Third Amended Complaint. (Doc. 40).

WHEREAS, on March 17, 2021, Defendants filed their Answer. (Doc. 43).

WHEREAS, on May 22, 2020, the Court issued the case schedule;

WHEREAS, the spread of the COVID-19 virus has caused the State of California Governor and the Counties of Alameda and San Francisco to issue a shelter-in-place order that severely limited business and strictly limited contact with other people that commenced March 23, 2020 and has not been lifted;

WHEREAS, the shelter-in-place order has closed the law offices of both parties' counsel and delayed their abilities to conduct discovery;

WHEREAS, discovery disputes have caused some delay in taking depositions and the parties wish to resolve the dispute before conducting depositions;

WHEREAS, the Court recently resolved the parties' discovery dispute and ordered additional discovery that requires amendment of the discovery schedule;

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | July 28, 2021 |
| Expert Witness Disclosures: | May 28, 2021 |
| Rebuttal Expert Witness Disclosures: | June 28, 2021 |
| Expert Discovery Cutoff: | July 28, 2021 |
| Last Day to File Dispositive Motion | September 28, 2021 |

| | |
|---|---|
| Pretrial Conference | January 18, 2022 |
| Trial | March 15, 2022 |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 28, 2022 |
| Expert Witness Disclosures: | January 28, 2022 |
| Rebuttal Expert Witness Disclosures: | February 28, 2022 |
| Expert Discovery Cutoff: | March 28, 2022 |
| Last Day to File Dispositive Motion | March 28, 2022 |
| Pretrial Conference | June 6, 2022 |
| Trial | June 20, 2022 |

IT IS SO AGREED.

Dated:  July 12, 2021

/s/Patrick Buelna_____
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  July 26, 2021

/s/John Robinson (Auth. 07/26/2021)__
JOHN ROBINSON
Attorneys for Defendants

**IT IS SO ORDERED:**

The dates and deadlines are extended as follows:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 28, 2022 |
| Expert Witness Disclosures: | January 28, 2022 |

| | |
|---|---|
| Rebuttal Expert Witness Disclosures: | February 28, 2022 |
| Expert Discovery Cutoff: | March 28, 2022 |
| Last Day to File Dispositive Motion | March 28, 2022 |
| Pretrial Conference | **June 6, 2022 at 1:30 p.m.** |
| Trial | **August 9, 2022at 9:00 a.m.** |

Dated:  July 26, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE