UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF VALLEJO, et al.,<br><br>　　　　　Defendants. | No. 2:19–cv–1898–WBS–KJN<br><br>ORDER<br><br>(ECF No. 63) |

　　　　On October 12, 2021, the undersigned held an informal discovery conference with the parties. Melissa Nold appeared on behalf of plaintiff, and John Robinson and Katelyn Knight appeared for defendants. Based on the discussion with the parties, the court now ORDERS:

1. Defendants shall re-produce to plaintiff the transcripts of the investigatory interviews of defendants Bidou and McLaughlin without redaction of the names of individuals mentioned therein—except that the names of any private citizens mentioned shall remain redacted.
2. In all other aspects the informal motion to compel is denied without prejudice.
3. This order resolves ECF No. 63.

Dated: October 13, 2021

burr.1898

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE