VERONICA NEBB
Interim City Attorney, SBN 140001
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

NOLD LAW
MELISSA C. NOLD, Esq. (SBN 301378)
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
melissa@noldlaw.com

LAWYERS FOR THE PEOPLE
ADANTE D. POINTER, Esq. (SBN 236229)
Well Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Telephone: (510) 929-5400
APointer@LawyersFTP.com

Attorneys for Plaintiff ADRIAN BURRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, | Case No. 2:19-cv-01898-WBS-KJN<br><br>**STIPULATION AND ORDER TO SET SETTLEMENT CONFERENCE** |

individually and in their official capacities as Police Officers for the CITY OF VALLEJO, joint and severally,

Defendants.

Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN ("Defendants") and Plaintiff ADRIAN BURRELL ("Plaintiff") by and through their counsel of record hereby stipulate, subject to approval of the Court, as follows:

1. Both parties agree to attend a settlement conference before the Honorable Magistrate Judge Kendall J. Newman.

2. Because Judge Newman is the Magistrate Judge in this matter, the parties stipulate to Judge Newman also presiding over the settlement conference and waive disqualification.

3. The parties informed Judge Newman's Courtroom Deputy and tentatively scheduled a settlement conference for February 4, 2022, pending the Court's approval.

4. The parties have scheduled a telephonic pre-settlement conference with Judge Newman on January 6, 2022.

IT IS SO STIPULATED, through counsel of record.

Dated: December 29, 2021

ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP

By: /s/ *John Robinson*
DALE L. ALLEN, JR.
JOHN B. ROBINSON
Attorney for Defendant
CITY OF VALLEJO et al.

Dated: December 29, 2021

NOLD LAW

By: /s/ *Melissa Nold*
MELISSA C. NOLD

2

STIPULATION AND [PROPOSED] ORDER TO SET SETTLEMENT CONFERENCE
2:19-CV-01898-WBS-KJN

<div style="margin-left: 2em;">Attorney for Plaintiff<br>
ADRIAN BURRELL</div>

Dated: December 30, 2021

<div style="text-align:center;">LAWYERS FOR THE PEOPLE</div>

By: /s/ *Adante Pointer*
ADANTE POINTER
PATRICK BUELNA
Attorney for Plaintiff
ADRIAN BURRELL

Under Eastern District of California Civil Local Rule 131(e), I attest that I obtained concurrence in the filing of this document from all of the above signatures.

Dated: December 30, 2021

ALLEN, GLAESSNER, HAZELWOOD & WERTH LLP

By: /s/ *John Robinson*
JOHN B. ROBINSON
Attorney for Defendants

# ORDER

Pursuant to the parties' stipulation, and subject to the approval of Magistrate Judge Newman, **IT IS SO ORDERED** that:

1. The parties will appear for settlement conference before the Honorable Magistrate Judge Kendall J. Newman on February 4, 2022.

2. The parties will appear for pre-settlement conference phone conference before the Honorable Magistrate Judge Kendall J. Newman on January 6, 2022.

Dated: December 30, 2021

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4

STIPULATION AND [PROPOSED] ORDER
TO SET SETTLEMENT CONFERENCE
2:19-CV-01898-WBS-KJN

346336.1