**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, ) | Case No.: 2:19-cv-01898-WBS-KJN |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO |
| ) | EXTEND DISCOVERY DATES |
| v. ) | |
| ) | |
| CITY OF VALLEJO, et al. ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties have been working to complete remaining depositions and discovery.

WHEREAS, the parties have recently agreed to a settlement conference before Hon. Kendall J. Newman which is scheduled for February 4, 2022.  (ECF 70).

WHEREAS, the parties do not wish to incur unnecessary expert costs prior to the settlement conference.

WHEREAS, the parties agreed to and jointly request the Court to extend the expert discovery dates which will not affect the Court's pretrial & trial dates.

WHEREAS, the current discovery schedule is set as:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 28, 2022 |
| **Expert Witness Disclosures:** | **January 28, 2022** |
| **Rebuttal Expert Witness Disclosures:** | **February 28, 2022** |
| **Expert Discovery Cutoff:** | **March 28, 2022** |
| Last Day to File Dispositive Motion | March 28, 2022 |
| Pretrial Conference | June 6, 2022 |
| Trial | August 9, 2022 |

WHEREAS, the parties met and conferred and agreed to extend discovery dates and set case schedule as proposed below:

| | |
|---|---|
| Fact Discovery Cut-Off: | March 28, 2022 |
| **Expert Witness Disclosures:** | **March 28, 2022** |
| **Rebuttal Expert Witness Disclosures:** | **April 28, 2022** |
| **Expert Discovery Cutoff:** | **May 28, 2022** |
| Last Day to File Dispositive Motion | March 28, 2022 |
| Pretrial Conference | June 6, 2022 |
| Trial | August 9, 2022 |

IT IS SO AGREED.

Dated:  January 18, 2022

/s/Patrick Buelna
PATRICK M. BUELNA
Attorneys for Plaintiff

Dated:  January 18, 2022

/s/John Robinson
JOHN ROBINSON
Attorneys for Defendants

**IT IS SO ORDERED.**

**Expert Witness Disclosures:**            **March 28, 2022**

**Rebuttal Expert Witness Disclosures:**   **April 28, 2022**

**Expert Discovery Cutoff:**               **May 28, 2022**

All other dates shall remain unchanged.

**Dated:  January 21, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE