VERONICA NEBB
Interim City Attorney, SBN 140001
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone:   (415) 697-2000
Facsimile:   (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, joint and severally,<br><br>Defendants. | Case No. 2:19-cv-01898-WBS<br><br>**NOTICE OF SUBMISSION OF CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT**<br><br>Hon. Kendall J. Newman<br><br>Date:  February 4, 2022<br>Time:  9:00 a.m.<br><br>Trial:  August 9, 2022 |

Pursuant to Local Rule 270(d), please take notice that Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN ("Defendants") submitted their Confidential Settlement Conference Statement.

Respectfully submitted,

Dated: January 28, 2022

ALLEN, GLAESSNER,
HAZELWOOD & WERTH, LLP

By: */s/ John B. Robinson*
   DALE L. ALLEN, JR.,
   JOHN B. ROBINSON
   Attorneys for Defendants
   CITY OF VALLEJO, ANDREW BIDOU, and
   DAVID MCLAUGHLIN

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

NOTICE OF SUBMISSION OF
CONFIDENTIAL SETTLEMENT
CONFERENCE STATEMENT
2:19-CV-01898-WBS

368793.1