VERONICA NEBB
Interim City Attorney, SBN 140001
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Telephone: (707) 648-4545
Facsimile: (707) 648-4687

DALE L. ALLEN, JR., State Bar No. 145279
dallen@aghwlaw.com
JOHN B. ROBINSON, State Bar No. 297065
jrobinson@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA  94104
Telephone:      (415) 697-2000
Facsimile:      (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID
MCLAUGHLIN

NOLD LAW
MELISSA C. NOLD, Esq. (SBN 301378)
521 Georgia Street
Vallejo, California 94590
Telephone: (707) 644-4004
melissa@noldlaw.com

LAWYERS FOR THE PEOPLE
ADANTE D. POINTER, Esq. (SBN 236229)
Well Fargo Center
1901 Harrison St., Suite 1140
Oakland, CA 94612
Telephone: (510) 929-5400
APointer@LawyersFTP.com

Attorneys for Plaintiff ADRIAN BURRELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual, | Case No. 2:19-cv-01898-WBS-KJN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE ALL DATES** |
| v. | |
| CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, | |

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1

346336.1

individually and in their official capacities
as Police Officers for the CITY OF
VALLEJO, joint and severally,

Defendants.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

2

STIPULATION AND ORDER TO
CONTINUE ALL DATES
2:19-CV-01898-WBS-KJN

346336.1

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

1    Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

2   ("Defendants") and Plaintiff ADRIAN BURRELL ("Plaintiff") by and through their counsel of

3   record hereby stipulate, subject to approval of the Court, as follows:

4    WHEREAS, the parties have been working to complete remaining depositions and

5   discovery.

6    WHEREAS, the parties attended a settlement conference before the Honorable Kendall J.

7   Newman on February 4, 2022.

8    WHEREAS, the parties did not settle the case on February 4, 2022, but agreed to return

9   for a future settlement conference before the Honorable Kendall J. Newman.

10   WHEREAS, there are several pending civil rights lawsuits filed by Plaintiff's counsel

11   against the CITY OF VALLEJO.

12   WHEREAS, resolution of this matter may streamline resolution of additional civil rights

13   lawsuits against the CITY OF VALLEJO.

14   WHEREAS, the parties do not wish to incur unnecessary expert costs prior to the future

15   settlement conference.

16   WHEREAS, the current discovery schedule is set as:

17   Fact Discovery Cut-Off: March 28, 2022

18   Expert Witness Disclosures: March 28, 2022

19   Rebuttal Expert Witness Disclosures: April 28, 2022

20   Expert Discovery Cutoff: May 28, 2022

21   Last Day to File Dispositive Motion March 28, 2022

22   Pretrial Conference June 6, 2022

23   Trial August 9, 2022

24

25   WHEREAS, the parties met and conferred and agreed to extend all future dates by 75

26   days and set case schedule as proposed below:

27   Fact Discovery Cut-Off: June 13, 2022

28

3

STIPULATION AND ORDER TO
CONTINUE ALL DATES
2:19-CV-01898-WBS-KJN

346336.1

1   Expert Witness Disclosures: June 13, 2022

2   Rebuttal Expert Witness Disclosures: July 12, 2022

3   Expert Discovery Cutoff: August 11, 2022

4   Last Day to File Dispositive Motion: June 13, 2022

5   Pretrial Conference: October 24, 2022

6   Trial: December 5, 2022

7   IT IS SO STIPULATED, through counsel of record.

8

9   Dated: February 8, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH
10   LLP

11
By: _/s/ *John Robinson*_____
12   DALE L. ALLEN, JR.
JOHN B. ROBINSON
13   Attorney for Defendant
CITY OF VALLEJO et al.
14
Dated: February 8, 2022
15

16   NOLD LAW

17   By: _/s/ *Melissa Nold*_____
MELISSA C. NOLD
18   Attorney for Plaintiff
ADRIAN BURRELL
19   Dated: February 8, 2022

20   LAWYERS FOR THE PEOPLE

21   By: _/s/ *Adante Pointer*_____
ADANTE POINTER
22   PATRICK BUELNA
Attorney for Plaintiff
23   ADRIAN BURRELL

24

25       Under Eastern District of California Civil Local Rule 131(e), I attest that I obtained

26   concurrence in the filing of this document from the above signatures.

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

4

STIPULATION AND ORDER TO
CONTINUE ALL DATES
2:19-CV-01898-WBS-KJN

346336.1

1

Dated: February 8, 2022

2
ALLEN, GLAESSNER, HAZELWOOD & WERTH
LLP

3

4
By: _/s/ *John Robinson*_____
JOHN B. ROBINSON

5
Attorney for Defendants

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104

5

STIPULATION AND ORDER TO
CONTINUE ALL DATES
2:19-CV-01898-WBS-KJN

346336.1

## <u>ORDER</u>

Pursuant to the parties' stipulation, **IT IS SO ORDERED** that:

Fact Discovery Cut-Off: June 13, 2022

Expert Witness Disclosures: June 13, 2022

Rebuttal Expert Witness Disclosures: July 12, 2022

Expert Discovery Cutoff: August 11, 2022

Last Day to File Dispositive Motion: June 13, 2022

**Pretrial Conference: October 24, 2022 at 1:30 p.m.**

**Jury Trial: December 5, 2022 at 9:00 a.m.**

Dated:  February 9, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP**
180 Montgomery Street, Suite 1200
San Francisco, California 94104

346336.1