**MELISSA C. NOLD, ESQ., SBN 301378**
**NOLD LAW**
521 Georgia Street,
Vallejo, California 94590
Tel: (707)644-4004
Email: melissa@noldlaw.com

**ADANTE POINTER, ESQ., SBN 236229**
**PATRICK BUELNA, ESQ., SBN 317043**
POINTER & BUELNA, LLP
LAWYERS FOR THE PEOPLE
Well Fargo Center
1901 Harrison St., Suite 1140,
Oakland, CA 94612
Tel: 510-929-5400
Email: APointer@LawyersFTP.com
Email: PBuelna@LawyersFTP.com

Attorney for PLAINTIFFS

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, | Case No.: 2:19-cv-01898-WBS-KJN |
| Plaintiff, | STIPULATION AND ORDER TO TEMPORARILY STAY LITIGATION |
| v. | |
| CITY OF VALLEJO, et al. | |
| Defendants. | |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiff and Defendants by and through their designated counsel, that:

WHEREAS, the parties completed a settlement conference before Hon. Kendall J. Newman on February 4, 2022. (ECF 70).

WHEREAS, the parties are working diligently to resolve issues related to Plaintiff's non-monetary demands.

WHEREAS, the parties do not wish to incur unnecessary costs prior to the follow-up settlement conference, which is currently scheduled before Hon. Kendall J. Newman on August 29, 2022.

WHEREAS, the parties agree to and jointly request the Court to Stay the proceedings until the completion of the August 29, 2022 settlement conference.

WHEREAS, the parties will file a new proposed scheduling order by September 5, 2022 if the case does not resolve.

IT IS SO AGREED.

Dated:  May 3, 2022

/s/Melissa C. Nold\_\_\_\_
MELISSA C. NOLD
Attorneys for Plaintiff

Dated:  May 3, 2022

/s/John Robinson\_\_
JOHN ROBINSON
Attorneys for Defendants

**IT IS SO ORDERED:**

This action is **STAYED** until the completion of the August 29, 2022 settlement conference.   The parties shall file a new proposed scheduling order by September 5, 2022 if the

case does not resolve.  The Pretrial Conference date of October 24, 2022 and Trial date of December 6, 2022 are **VACATED.**

**Dated:  May 4, 2022**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE