KEVIN P. ALLEN, State Bar No. 252290
kallen@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN BURRELL, an individual; and MICHAEL WALTON, an individual, <br><br> Plaintiff, <br><br> v. <br><br> CITY OF VALLEJO, a municipal corporation; ANDREW BIDOU, in his official capacity as Chief of Police; DAVID MCLAUGHLIN, individually and in his official capacity as Police Officer for the CITY OF VALLEJO; and DOES 1-50, individually and in their official capacities as Police Officers for the CITY OF VALLEJO, joint and severally, <br><br> Defendants. | Case No. 2:19-cv-01898-WBS-KJN <br><br> **NOTICE OF WITHDRAWAL AS COUNSEL OF ALLEN GLAESSNER HAZELWOOD AND WERTH; DECLARATION OF KEVIN P. ALLEN** <br><br> Hon. William B. Shubb |

///
///
///
///
///
///
///

1

NOTICE OF WITHDRAWAL
OF COUNSEL AND DECLARATION
2:19-CV-01898-WBS-KJN

469734.1

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that KEVIN P. ALLEN, (State Bar No. 252290), and the Firm of ALLEN GLAESSNER HAZELWOOD AND WERTH, LLP are withdrawing as counsel for Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN.

John B. Robinson (SBN 297065) of Castillo Moriarty Tran and Robinson will continue to act as counsel of record for Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN, in this matter.

It is respectfully requested that the clerk update the docket to reflect the above described changes.

Respectfully submitted,

Dated: September 28, 2022

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP

By: */s/ Kevin P. Allen*
KEVIN P. ALLEN
Attorneys for Defendants
CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN

### DECLARATION OF KEVIN P. ALLEN

1. I, Kevin P. Allen am an attorney of record for Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN, in the above-captioned case. I have personal knowledge of the facts contained in this Declaration, and if called upon to testify, I could and would testify competently as to the truth of facts contained herein.

2. On October 29, 2019, Allen Glaessner Hazelwood and Werth appeared on behalf of defendants in this matter.

3. Defendants CITY OF VALLEJO, ANDREW BIDOU, and DAVID MCLAUGHLIN informed my law office that they would like to be represented by CMTR.

4. Attorney John B. Robinson of Castillo Moriarty Tran and Robinson is currently counsel of record for Defendants in this matter and has represented to me that he will continue as counsel

for the Defendant. He has further represented to my office that he will accept ECF notification on behalf of Defendants of my Notice of Withdrawal in this matter.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that I executed this Declaration in San Francisco, California on September 28, 2022.

                                                  _/s/ Kevin P. Allen_
                                                  Kevin P. Allen

ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, California 94104